# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **ANGELO HERNANDEZ,** *Plaintiff* | § § § | |
| **v.** | § § | Case No. 1:23-CV-01224-RP |
| **FIRST ADVANTAGE BACKGROUND SERVICES CORP.,** *Defendant* | § § § | |

## ORDER

Defendant First Advantage Background Services Corp. filed its Answer on December 7, 2023 (Dkt. 9). Contrary to this Court's Local Rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. TEX. LOC. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant). The Court previously ordered the parties to do so on or before February 23, 2024. Dkt. 10.

**IT IS ORDERED** that the parties show cause, in writing, why they should not be sanctioned under Rule 16(f)(1)(C) for their failure to comply with the Court's February 12, 2024 Order on or before **March 22, 2024**.

**IT IS FURTHER ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint proposed scheduling order using Judge Robert Pitman's form on or before **March 22, 2024**.

**SIGNED** on March 7, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1